O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GENE ROBINSON,<br><br>             Plaintiff,<br><br>        v.<br><br>GENERAL MANAGER OF CALPIA, et al.,<br><br>             Defendants. | Case No. 2:20-11591 CAS (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, (dkt. 11), Defendants' Motion to Dismiss and related opposing and reply papers, (dkts. 72, 92, 97, 106), Plaintiff's request to amend the First Amended Complaint and related opposing and reply papers, (dkts. 93, 98, 106), the Report and Recommendation of United States Magistrate Judge ("Report"), (dkt. 116), and Plaintiff's objections ("Objection"), (dkt. 119). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of the matters to which objections have been stated. The Court, however, concludes that nothing set forth in the

Objection or otherwise in the record for this case affects, alters, or calls into question the findings and analysis set forth in the Report.  Therefore, the Court concurs with and accepts the findings and recommendations of the Magistrate Judge.

Plaintiff's Objection to the Report does not identify specific grounds for objection.  Dkt. 119.  Rather, in the Objection, plaintiff states that "he has been incapacitated under his disability" and "is unable to reasonably prosecute his complaint without further suffering physical and mental complications and/or hospitalization."  Id.  Plaintiff seeks an attorney on the ground that proceeding without one would "caus[e] further damage to existing injuries."  Id.

Under 28 U.S.C. § 1915(e)(1), a federal court has discretion to request that an attorney represent a litigant who is unable to afford counsel.  The Court concludes that, based on the record, requesting an attorney to represent plaintiff would not be appropriate.  Plaintiff has already litigated this case to conclusion, and the Magistrate Judge has considered and addressed defendants' motion to dismiss and plaintiff's motion for leave to amend the First Amended Complaint in the Report.  The Court has read the Report, finds it to be persuasive, and does not believe that requesting an attorney to represent plaintiff would impact the findings in the Report.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation of United States Magistrate Judge is accepted, (Dkt No. 116);

2. Defendants' Motion to Dismiss is granted and the First Amended Complaint is dismissed without leave to amend, (Dkt. Nos. 11, 72);

///

///

///

3. Plaintiff's request to amend the First Amended Complaint is denied, (Dkt. No. 93); and

4. Judgment is to be entered accordingly.

DATED: October 4, 2022

*Christina A. Snyder*

THE HONORABLE CHRISTINA A. SNYDER
United States District Judge