JS-6

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11  RONALD GENE ROBINSON,              Case No. 2:20-11591 CAS (ADS)

12                    Plaintiff,

13            v.                        JUDGMENT

14  GENERAL MANAGER OF CALPIA, et al.,

15                    Defendants.

16

17       Pursuant to the Court's Order Accepting United States Magistrate Judge's Report

18  and Recommendation, the Court adjudges the above-captioned case dismissed in its

19  entirety with prejudice.

20

21  DATED: October 4, 2022          _____

22                                  THE HONORABLE CHRISTINA A. SNYDER
                                    United States District Judge
23

24